**Order entered August 7, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01006-CV
No. 05-14-01007-CV
No. 05-14-01008-CV

**IN RE EMANUAL DELEON FIELDS, Relator**

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F01-54898-N; F01-54899-N; F01-54900-N**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **DENY** as moot relator's request to file an original copy only of the application for writ of mandamus, although we have considered the petition without the filing of the required number of copies. We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID EVANS
        JUSTICE